

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN





GERALD C. MANN
ATTORNEY GENERAL

Honorable R. E. Beasley
County Auditor
Collin County
McKinney, Texas

Dear Sir:

Opinion No. O-5236
Re: Claim for work done in County
Treasurer's office should not
be charged to Tax Assessor-
Collector's office.

Your request for opinion has been received and
carefully considered by this office. We quote from your
request as follows:

"The County Treasurer, after tendering
her resignation to the Honorable Commissioners'
Court, to accept a position with the County Tax
Assessor-Collector's office, and after having
worked five days in the Tax Assessor-Collector's
office, the Court still not having accepted the
resignation of the treasurer, the County Judge
spoke and demanded that the treasurer go back to
the office and work for three days issuing checks
to pay salaries and county bills. The County
Judge stating to her that the Tax Assessor-
Collector would pay her for the three days that
she worked in the County Treasurer's office,
just as though she had rendered service in said
department.

"Since the Assessor-Collector's office re-
ceived no benefit from the three days work, the



145



NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable R. R. Beasley, Page 2

Question No. .: Could the Assessor-Collector file claim for the three days, and have same charged to his order?"

To answer your question in the negative.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:gp

APPROVED APR 26, 1943

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN